LAW OFFICES OF

# JOSEPH TACOPINA, P.C.
A PROFESSIONAL CORPORATION

275 MADISON AVENUE
35TH FLOOR
NEW YORK, NEW YORK 10016

TELEPHONE (212) 227-8877
FACSIMILE (212) 619-1028
www.tacopinalaw.com

JOSEPH TACOPINA

CHAD D. SEIGEL
GEORGE VOMVOLAKIS

ANDREW C. LAUFER
FRANCESCO PENTA\*\*\*
VICTOR SHERMAN+

+ ALSO ADMITTED IN CALIFORNIA
\*\*\*ONLY ADMITTED IN ITALY

MILAN OFFICE:
I-20123 MILANO
VIA OLMETTO, 21
MILAN, ITALY
TEL (02) 72020070
FAX (02) 875-883

June 20, 2006

Hon. Robert T. Johnson
District Attorney
Office of the District Attorney, Bronx County
198 East 161st Street
Bronx, New York 10451

Re:   **Bernard B. Kerik**

Dear Hon. Johnson:

Pursuant to our discussions, please see below statement of my client, Bernard B. Kerik:

I, Bernard B. Kerik, hereby agree to plead guilty, no later than July 10, 2006, on the following terms:

(1)   I will plead guilty to one count of a violation of NYC Administrative Code § 12-110 b (15) (failure to report) (an unclassified misdemeanor.) I admit that I did not report a loan from Nathan Berman in 2001. The agreed upon sentence will be a fine of $1,000 and a civil penalty of $5000.

(2)   I will plead guilty to one count of a violation of NYC Charter § 2604 (b) (5) (taking a valuable gift from a person intending to do business with the City) (an unclassified misdemeanor.) I admit that I took a gift from the Interstate Companies or a subsidiary. Thinking that they were clean, I spoke to city officials about Interstate on two occasions and on another occasion permitted my office to be used for a meeting between Trade Waste Commission officials and Interstate officials. The agreed upon sentence, per Penal Law § 80.10 (5), will be a fine in the amount of $215,000, $165,000 representing the amount of the gift plus $40,000, and a civil penalty of $10,000.

(3)   I will waive any claim based upon the statute of limitations or the geographical jurisdiction of Bronx County.

JOSEPH TACOPINA, P.C.

Hon. Robert T. Johnson
June 20, 2006
Page Two

(4)  I understand that this plea is in satisfaction of all pending criminal or administrative charges presently known to the Bronx District Attorney, The Department of Investigation of he City of New York, or the Conflicts of Interest Board of the City of New York, and that the Bronx District Attorney and the DOI agree not to issue any public report concerning such potential charges or its investigation.

(5)  I understand that in the course of the plea, the prosecutor will state that although some may draw inferences, there is no direct evidence of an agreement.

(6)  I understand that this agreement is intended to bind both myself and the Bronx District Attorney's Office, and that unless the prosecution breaches the terms of this agreement, or the court refuses to accept the plea, if for any reason I do not plead guilty on the above terms, the admissions above can be used against me in further proceedings in court.


AGREED & ACCEPTED:

_____
Joseph Tacopina, Esq., Attorney for
Bernard B. Kerik


AGREED & ACCEPTED:

_____
Bernard B. Kerik