**VERIFICATION**

By signing below, I swear under penalty of perjury that the foregoing statements contained in this Complaint are true and correct based upon my personal knowledge.

_____          Dated: 1/23/14

Bernard B. Kerik